AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America v. | ) |
|---|---|
| George Amos Tenney III  DOB: XXXXXX  and Darrell Alan Youngers  DOB: XXXXXX | ) ) ) ) ) ) ) |
| *Defendant(s)* | |

Case: 1:21-mj-00505
Assigned To : Harvey, G. Michael
Assign. Date : 6/28/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description | Defendant(s) |
|---|---|---|
| 18 U.S.C. § 231(a)(3) - Interfering with Law Enforcement Officer During Civil Disorder | | Defendant George Amos Tenney, III |
| 18 U.S.C. § 1512(c)(2) and (2) - Obstruction of Justice/Congress | | Defendant George Amos Tenney, III |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | | Defendant George Amos Tenney, III  Defendant Darrell Alan Youngers |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds | | Defendant George Amos Tenney, III  Defendant Darrell Alan Youngers |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building | | Defendant George Amos Tenney, III  Defendant Darrell Alan Youngers |
| 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building | | Defendant George Amos Tenney, III  Defendant Darrell Alan Youngers |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Robert K. Gebing, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/28/2021

*Judge's signature*

City and state: Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*